UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Jacques Bernard Leboeuf #163579

Case No.  15-mc-80313-JD

**ORDER OF SUSPENSION**

Because Jacques Bernard Leboeuf has failed to respond to the Order to Show Cause, Mr. Leboeuf's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated: February 23, 2016

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Jacques Bernard Leboeuf #163579

Case No.  15-mc-80313-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/23/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jacques Bernard LeBoeuf
California Appeals & Writs
2025 Rose St.
Ste 200
Berkeley, CA 94709

Dated: 2/23/2016

Susan Y. Soong
Clerk, United States District Court

By: _____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato